STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY, RESPONDENT, v. JOSEPH M. GROSSMAN, APPELLANT.

Argued February 4, 1947—Decided April 24, 1947.

For the respondent, *Walter D. Van Riper,* Attorney-General (*Joseph A. Murphy,* Assistant Deputy Attorney-General, of counsel).

For the appellant, *David T. Wilentz* (*Arthur J. Sills,* of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, HEHER, COLIE, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ.    13.

*For reversal*—None.